THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTA CASTILLO,<br><br>　　　　　Defendant. | CASE NO. CR16-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Roberta Castillo's unopposed motion to continue trial and extend the due date for pretrial motions (Dkt. No. 16). Having reviewed the motion and the relevant record, the Court FINDS and CONCLUDES as follows:

　　1.　　Defense counsel indicates that she needs additional time to prepare for trial so she and Defendant can review, understand, and investigate discovery provided by the Government to evaluate and develop factual and legal issues, potential defenses, and pre-trial motions. Taking into account the exercise of due diligence and the examination and evaluation of additional discovery, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

　　2.　　A failure to grant a continuance in this case would likely result in a miscarriage of

justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

3. Given the complexity of this case, as well as defense counsel's need to prepare for trial, investigate the matter, gather evidence, and consider possible defenses, more time is necessary and this is a reasonable period of delay. *See* 18 U.S.C. § 3161(h)(6), (7).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has agreed to file a speedy trial waiver consenting to a continuance of her trial to any date up to and including February 28, 2017. (*See* Dkt. No. 16 at 3.)

Accordingly, the Court ORDERS the following:

1. The motion to continue (Dkt. No. 16) is GRANTED.
2. The jury trial in this case is hereby CONTINUED from November 14, 2016 to February 6, 2017 at 9:30 a.m.
3. The resulting period of delay from November 14, 2016 to February 6, 2017 is EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
4. Pretrial motions are due no later than Thursday, January 5, 2017.

DATED this 7th day of October 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk