THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERTA CASTILLO,<br><br>        Defendant. | CASE NO. CR16-0112-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Defendant Roberta Castillo's third unopposed motion to continue the trial date (Dkt. No. 19). Having reviewed the motion and the relevant record, the Court makes the following findings and conclusions:

       1.    Failure to grant the continuance in this case would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

       2.    Taking into account the exercise of due diligence, failure to grant the continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, due to defense counsel's need for more time to prepare for trial so counsel and Defendant can review, understand, and investigate discovery provided by the Government to evaluate and develop factual and legal issues, potential defenses, and pretrial motions. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv).

3. The additional time requested is a reasonable period of delay, as more time is necessary for defense counsel to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4. The case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedier trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Court ORDERS that:

1. The motion to continue (Dkt. No. 19) is GRANTED.

2. The jury trial in this case is CONTINUED from February 6, 2017 to April 3, 2017 at 9:30 a.m.

3. The resulting period of delay from February 6, 2017 to April 3, 2017 is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

4. Pretrial motions are due no later than Thursday, March 2, 2017.

5. Defendant shall file a speedy trial waiver through May 1, 2017, as she has indicated she will do. (*See* Dkt. No. 19 at 3.)

DATED this 20th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk