THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTA CASTILLO,<br><br>Defendant. | CASE NO. CR16-0112-JCC<br><br>MINUTE ORDER RESCHEDULING RESTITUTION HEARING |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's request by electronic mail to reschedule the restitution hearing set for September 21, 2017. The Court hereby RESCHEDULES the restitution hearing in this matter for Tuesday, October 31, 2017 at 9:00 am.

DATED this 20th day of September 2017.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk

MINUTE ORDER RESCHEDULING
RESTITUTION HEARING
C16-0112-JCC
PAGE - 1